# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>　　vs.<br>JAIME ALBERTO JAIME,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 07CR81-IEG<br><br>Order Denying Motion to Run Sentences Concurrent |

Defendant Jaime Alberto Jaime has filed a motion asking the Court to run his sentences concurrently, making him eligible for earlier release. As a general matter, the Court may not modify a term of imprisonment except upon certain statutory grounds, none of which appear in defendant's motion. 18 U.S.C. § 3582. Defendant's argument, that he has been ineligible for early release as a result of his prior conviction, does not provide a legal or factual basis for relief. Therefore, Defendant's motion is DENIED.

**IT IS SO ORDERED**.

**DATED: March 19, 2009**

　　　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　　　　　**IRMA E. GONZALEZ, Chief Judge**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Court**